■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL TYLER, Appellant. [633 NYS2d 1016] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Goldstein, J.), rendered May 20, 1993, convicting him of murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Balletta, J. P., Pizzuto, Joy and Altman, JJ., concur.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES TYLER, Appellant. [634 NYS2d 389] —Appeal by the defendant from an amended judgment of the Supreme Court, Kings County (DeLury, J.), rendered July 14, 1994, revoking a sentence of probation previously imposed by the same court (Kreindler, J.), upon a finding that he had violated a condition thereof, after a hearing, and imposing a sentence of imprisonment upon his previous conviction of attempted criminal sale of a controlled substance in the third degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., O'Brien, Ritter, Friedmann and Goldstein, JJ., concur.